# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARTURO LOPEZ MACARIO,<br><br>Defendant. | Case No. 20CR2409-BAS<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-captioned case be dismissed without prejudice as to defendant Arturo Lopez Macario.

**IT IS SO ORDERED.**

DATED: April 19, 2021

_____
HON. CYNTHIA BASHANT
United States District Judge